IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| GERALD A. LECHLITER, | ) | |
| | ) | |
| Claimant-Appellant, | ) | |
| | ) | |
| v. | ) | 2015-7083 |
| | ) | |
| ROBERT A. MCDONALD, | ) | |
| Secretary of Veterans Affairs, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

RESPONDENT-APPELLEE'S UNOPPOSED MOTION TO STAY

Respondent-appellee, Robert A. McDonald, respectfully requests that the Court stay further proceedings in this case for 60 days to allow the parties to continue with settlement discussions. As we informed the Court in our motion for an enlargement of time, the parties have raised the possibility of settlement of this dispute, which would make further judicial review of this matter unnecessary. Counsel for Mr. Lechliter has indicated that no opposition to this motion will be taken.

Since we filed our motion for an enlargement of time, the parties engaged in additional settlement discussions and counsel for Mr. Lechliter is presently preparing a formal offer designed to resolve this matter. Once counsel for the Secretary receives the offer, counsel will be required to discuss the offer with representatives of the Secretary, prepare a recommendation, and obtain the

appropriate approval from her superiors having authority to compromise upon behalf of the Government.

    For the foregoing reasons, we respectfully request that the Court stay proceedings in this matter for 60 days to enable the parties to complete their attempt at resolving this matter without the need for further judicial intervention.

        Respectfully submitted,

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        ROBERT E. KIRSCHMAN, JR.
        Director

        s/Martin F. Hockey, Jr.
        MARTIN F. HOCKEY, JR.
        Assistant Director

        s/Reta E. Bezak
        RETA E. BEZAK
        Trial Attorney
        Commercial Litigation Branch
        Civil Division
        Department of Justice
        P.O. Box 480
        Ben Franklin Station
        Washington, D.C. 20044
        Tele:  (202) 305-0041
        Fax:   (202) 514-8624

December 1, 2015        Attorneys for Respondent-Appellee

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |  |
|---|---|---|
| GERALD A. LECHLITER, | ) | |
| | ) | |
| Claimant-Appellant, | ) | |
| | ) | |
| v. | ) | 2015-7083 |
| | ) | |
| ROBERT A. MCDONALD, | ) | |
| Secretary of Veterans Affairs, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

## DECLARATION OF RETA E. BEZAK

I, Reta E. Bezak, provide the following declaration:

1. I am an attorney with the Commercial Litigation Branch of the United States Department of Justice. I am the principal attorney for Robert A. McDonald in the above-captioned matter. I offer this declaration in support of the accompanying motion to stay.

2. The stay requested is necessary because the parties are considering the possibility of settlement. Counsel for Mr. Lechliter is presently preparing a formal offer designed to resolve this matter without further litigation. Once I receive the offer, I will need to discuss the offer with representatives of the Secretary, prepare a recommendation, and obtain the appropriate approval from my superiors having authority to compromise upon behalf of the Government.

3. I communicated with counsel for claimant-appellant, Kenneth M. Carpenter, on December 1, 2015, and was informed that claimant-appellant does not object to this motion to stay.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2015.

                                                  s/Reta E. Bezak
                                                  RETA E. BEZAK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| GERALD A. LECHLITER, | ) | |
| | ) | |
| Claimant-Appellant, | ) | |
| | ) | |
| v. | ) | 2015-7083 |
| | ) | |
| ROBERT A. MCDONALD, | ) | |
| Secretary of Veterans Affairs, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

## ORDER

Upon consideration of respondent's unopposed motion to stay, it is

ORDERED that respondent's unopposed motion to stay is granted. Further proceedings in this case are stayed for 60 days from the date of this order.

FOR THE COURT:

_____

Dated: _____, 2015
Washington, D.C.

cc: Kenneth M. Carpenter (via operation of ECF)

Reta E. Bezak (via operation of ECF)

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of December, 2015, a copy of the foregoing was filed electronically. The filing was served electronically to all parties by operation of the Court's electronic filing system.

s/Reta E. Bezak